KIRKWOOD et al., Respondents, v. SMITH et al., Appellants. (Supreme Court, Appellate

Division, First Department. March 29, 1912.) Action by Fanny J. Kirkwood and others against Harry M. Smith, individually, etc., and another. W. R. Hill, for appellants. E. Schieffelin, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 132 App. Div. 758, 117 N. Y. Supp. 686.